ANNIE O'DONNELL, as Administratrix of the Estate of
MARTIN O'DONNELL, Deceased, Respondent, v. CAULD-
WELL-WINGATE COMPANY, Appellant.

*O'Donnell* v. *Cauldwell-Wingate Co*, 164 App. Div. 941, affirmed.
(Submitted May 12, 1916; decided June 6, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department, entered
November 4, 1914, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for the death of plaintiff's intestate alleged to have been
occasioned through the negligence of defendant, his
employer. The complaint alleged that the decedent,
Martin O'Donnell, was injured "while working for the
defendant, by reason of being precipitated through an
elevator shaft * * * while about to take passage
upon a hoisting elevator machine which was being then
used in said building by the defendant for the purpose
and work to which it was then engaged in said building,
by reason of the fact that said hoisting elevator was
prematurely started by the employees of the defendant
in charge thereof in a careless and negligent manner
before the said above named decedent had time to fully
enter said elevator."

*Clayton J. Heermance* and *Alfred E. Holmes* for appellant.

*Thomas J. O'Neill, Cornelius J. Earley* and *Peter J. J. Brancato* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.